**Order entered October 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00978-CR**
**No. 05-13-00979-CR**

**ROY CURTIS STUART JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-52718-Y, F13-52719-Y**

## ORDER

The Court **GRANTS** appellant's October 27, 2014 request for an extension of time to file his pro se response only to the extent that the pro se response is now due by **DECEMBER 31, 2014**. No further extensions will be granted. If the pro se response is not received by the specified date, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Roy Stuart, TDCJ No. 1870750, Coffield Unit, 2661 F.M. 2054, Tennessee Colony, Texas 75884.

/s/    ADA BROWN
       JUSTICE